IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEVISTE PORCEL**                                                                **PLAINTIFF**

v.                                                           Civil No.: 1:14cv103-HSO-RHW

**ROYAL HOSPITALITY SERVICES, LLC**                          **DEFENDANT**

**FINAL JUDGMENT**

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE